| Date | Pleading Number | |
|---|---|---|
| 4/18/75 | 1. | MOTION & SUPPORTING BRIEF -- pltf. William Shlensky and affidavit of service by mail. |
| | | SUGGESTED TRANSFEREE FORUM: W.D. Pennsylvania (Ltr. fr. Clerk to Movant re: incomplete service of motion dtd. 4/28/75) |
| 5/5/75 | 2 | RESPONSE -- CHARLES BEEGHLEY AND BEVERLY MATTHEWS w/cert. of service |
| 5/5/75 | 3 | RESPONSE -- PRICE WATERHOUSE & CO. w/cert. of service |
| 5/5/75 | | REQUEST FOR EXTENSION OF TIME -- Fred and Doris Horenstein -- GRANTED TO May 12, 1975 |
| 5/7/75 | 4 | RESPONSE -- GULF OIL CORP. w/ cert. of service |
| 5/9/75 | | AMENDED CERTIFICATE OF SERVICE -- MOVANT -- Notified counsel |
| 5/12/75 | 5 | RESPONSE -- FRED HORENSTEIN AND DORIS HORENSTEIN w/cert of service |
| 5/27/75 | 6 | RESPONSE -- HAL DEAN and EDWIN SINGER w/ cert.of service |
| 6/5/75 | | HEARING ORDER -- June 27, 1975 -- Denver, Colorado Setting A-1 through A-2, Motion of Shlensky to transfer |
| 6/17/75 | | APPERANCE -- B. R. DORSEY -- Arnold Bauman, Esq., Sherman & Sterling |
| 6/18/75 | 7 | RESPONSE -- E.D.PROCKETT AND JAMES E. LEE w/cert. of service |
| 6/18/75 | | REQUEST TO FILE ADDITIONAL RESPONSE -- HORENSTEIN PLTS -GRANTED |
| 6/18/75 | 8 | RESPONSE -- HORENSTEIN PLTFS -- w/affidavits |
| 6/25/75 | | APPEARNANCE -- Defendants Charles Beeghley, James H. Higgins, Beverley Matthews, Nathan W. Pearson, and James M. Walton |
| 6/25/75 | 9 | RESPONSE -- B.R.DORSEY -- w/cert. of service |
| 6/25/75 | 10 | RESPONSE -- HORENSTEIN -- w/cert. ofservice |
| 6/27/75 | 11 | AMENDED RESPONSE -- Beeghley, Higgins, Matthews, Pearson and Walton w/cert. of service |
| 6/27/75 | 12 | RESPONSE -- GULF OIL CORP. w/exhibits and cert. of service |
| 7/9/75 | | APPERANCE -- Alexander Unkovic for Fred Deering |
| 7/15/75 | | ORDER DENYING MOTION WITHOUT PREJUDICE -- Notified counsel, judges clerks |

Q  MO -- July 15, 1975
DOCKET NO. 208  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE GULF OIL POLITICAL CONTRIBUTIONS & SECURITIES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s)  6/27/75

Date(s) of Opinion(s) or Order(s)  7/15/75

Consolidation Ordered _____     Name of Transferee Judge _____

Consolidation Denied  xx       Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William Shlensky, etc. v. Claude C. Wild, Jr., et al. | W.D.Pa. Dombauld | 75-377 | | | | |
| A-2 | Fred & Doris Horenstein v. Gulf Oil Corp., et al. | Mass. | 75-1287M | | | | |
| | David R. Levin, etc. v. B. R. Dorsey, et al. | W.D.Pa. Snyder | 75-607 | | | | |

Case MDL No. 208   Document 1   Filed 05/01/15   Page 3 of 6

p. 1
Prepared: 4/28/75
Revised: 5/9/75

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 208 -- IN RE GULF OIL POLITICAL CONTRIBUTIONS & SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| WILLIAM SHLENSKY, ET AL. (A-1)<br>Howard A. Specter, Esquire<br>Litman, Litman, Harris & Specter, P.A.<br>1320 Grant Building<br>Pittsburgh, PA  15219<br><br>FRED & DORIS HORENSTEIN (A-2)<br>Nancy Gertner, Esquire<br>Silverglate, Shapiro & Gertner<br>217 Lewis Wharf<br>Boston, MA  02110 | GULF OIL CORPORATION<br>Frank L. Seamans, Esquire<br>Eckert, Seamans, Cherin & Mellott<br>600 Grant St., 42nd Floor<br>Pittsburgh, PA  15219<br><br>PRICE WATERHOUSE & CO.<br>James D. Morton, Esquire<br>Buchanan, Ingersoll, Rodewald,<br>   Kyle & Buerger<br>1800 Oliver Building<br>Pittsburgh, PA  15222<br><br>JAMES M. WALTON<br>NATHAN W. PEARSON<br>JAMES H. HIGGINS<br>CHARLES BEEGHLEY<br>BEVERLY MATTHEWS<br>Joseph A. Katarincic, Esquire<br>Kirkpatrick, Lockhart, Johnson<br>   & Hutchison<br>1500 Oliver Building<br>Pittsburgh, PA  15222<br><br>R. HAL DEAN<br>EDWIN SINGER<br>Henry L. King, Esquire<br>Davis, Polk & Wardwell<br>1 Chase Manhattan Plaza<br>New York, New York  10005<br><br>MR. CLAUDE C. WILD, JR.<br>518 Bent Branch Road<br>Bethesda, MD  20016<br><br>MR. B. R. DORSEY<br>   Arnold Bauman, Esquire<br>   Sherman & Sterling<br>   53 Wall Street<br>   New York, New York  10005<br><br>MR. E. D. BROCKETT<br>c/o Gulf Oil Corporation<br>435 7th Avenue<br>Pittsburgh, PA  15219 |

(Continued)

p. 2

| Plaintiff | Defendant |
|---|---|
| | MR. WILLIAM C. VIGLIA<br>P.O. Box N-4645<br>309 Bay Street<br>The Bahama Islands<br><br>MR. ROYCE H. SAVAGE<br>2125 East 60th Court<br>Tulsa, OK  74101<br><br>MR. JAMES E. LEE<br>c/o Gulf Oil Corporation<br>Gulf Building<br>435 7th Avenue<br>Pittsburgh, PA  15219<br><br>FRED DEERING<br>Alexander Unkovic, Esquire<br>Meyer, Unkovic & Scott<br>1424 Frick Building<br>Pittsburgh, Pa. 15219 |
| Plaintiff | Defendant |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 208 -- In re Gulf Oil Political Contribution & Securities Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Claude C. Wild, Jr. | A-1; A-2 |
| B. R. Dorsey | A-1; A-2 |
| Charles Beegley | A-1; A-2 |
| E. D. Brockett | A-1; A-2 |
| R. Hall Dean | A-1; A-2 |
| Beverly Matthews | A-1; A-2 |
| Price Waterhouse & Co. | A-1; A-2 |
| Bahamas Exploration Co., Ltd. | A-1 ~~Not Served~~ |
| William C. Viglia | A-1; A-2 ~~Not Served~~ |
| Royce N. Savage | A-1; A-2 ~~Not Served~~ |

p. _____

| | |
|---|---|
| Gulf Oil Corp | A-1; A-2 |
| James A. Higgins | A-2 |
| James E. Lee | A-2 |
| Harlan W. Hansen | A-2 |
| Edwin Jerger | A-2 |
| James M. Walton | A-2 |
| ~~Edwin Jerger~~ | ~~A-2~~ |
| Fred Deering | A-2 |
| | |
| | |
| | |