DOCKET NO. 208

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GULF OIL CORPORATION POLITICAL CONTRIBUTIONS AND SECURITIES LITIGATION



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
JUL 15 1975
PATRICIA D. HOWARD
CLERK OF THE PANEL

## ORDER DENYING MOTION WITHOUT PREJUDICE

Plaintiffs in the <u>Shlensky</u> action pending in the Western District of Pennsylvania have moved the Panel pursuant to 28 U.S.C. §1407 for an order transferring the <u>Horenstein</u> action in the District of Massachusetts to the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings with the action pending there. It now appears, however, that the <u>Shlensky</u> action has been stayed pending completion of proceedings in a related S.E.C. matter and, in any event, at least until October 1, 1975. Accordingly, a transfer of the Massachusetts action at this time would clearly not promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion seeking transfer of the action listed on the following Schedule A, and pending in the District of Massachusetts, to the Western District of Pennsylvania pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED, without prejudice to the right of any party to again seek Section 1407 treatment if it feels future circumstances so require.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A                                                      DOCKET NO. 208

### WESTERN DISTRICT OF PENNSYLVANIA

William Shlensky, etc. v. Claude C.                             Civil Action
Wild, Jr., et al.                                               No. 75-377

### DISTRICT OF MASSACHUSETTS

Fred & Doris Horenstein v.                                      Civil Action
Gulf Oil Corp., et al.                                          No. 75-1287M